IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIELA DELGADO PEREZ

DEBTOR

CASE NO 15-04096-BKT

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, MARIELA DELGADO PEREZ**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated August 11, 2015, herewith and attached to this motion.

2. This proposed amended Plan is filed to include step-up payment in Plan (since car loan paid by the debtor matures within the life of the Plan) and to provide that any excess over $1,200.00 from debtor's Christmas Bonus will be devoted to fund the Plan, in order to cure the objections raised by the Trustee in his unfavorable recommendation, docket #16.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated August 11, 2015.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 11th day of August, 2015.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                      Case No. **3:15-bk-4096**

**DELGADO PEREZ, MARIELA**                                                   Chapter **13**
_____
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **8/11/2015**
☐ PRE ☐ POST-CONFIRMATION              Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 150.00 | x | 38 | = $ | 5,700.00 |
| $ | 400.00 | x | 22 | = $ | 8,800.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **14,500.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **14,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,893.00**

Signed: **/s/ MARIELA DELGADO PEREZ**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
   Cr. _____   Cr. _____   Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
   Cr. _____   Cr. _____   Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
   Cr. _____   Cr. _____   Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **ADM. SISTEMA RETI**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
   Cr. _____   Cr. _____   Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Current mortgage loan payments to Adm Sistemas de Retiro are being made directly thorugh payroll deductions, by debtor's spouse/separated Julio N Reynoso Concepcion Bk Case no. 14-02259 ESI13 USBC-DPR.
* "Any excess over $1,200.00 from debtor's Christmas Bonus will be devoted each year to the plan's funding until completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor shall seek court's authorization prior any use of funds".

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** _____ Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing        EMPRESAS BERRIOS FINANCIERAS           US Bankruptcy Court District of P.R.
0104-3                                 LUIS YAMIL RODRIGUEZ SAN MIGUEL ESQ    Jose V Toledo Fed Bldg & US Courthouse
Case 15-04096-BKT13                    PMB 256 PO BOX 4952                    300 Recinto Sur Street, Room 109
District of Puerto Rico                CAGUAS, PR 00726-4952                  San Juan, PR 00901-1964
Old San Juan
Tue Aug 11 15:53:39 AST 2015

AAA                                    ADM. SISTEMA RETIRO DEL ELA            AEE
PO Box 70101                           PO BOX 42003                           PO Box 71324
San Juan, PR 00936-8101                SAN JUAN, PR 00940-2203                Santurce, PR 00936-8424


Att Services                           BANCO POPULAR DE PUERTO RICO           Banco Popular De Puerto Rico
PO Box 192830                          BANKRUPTCY DEPARTMENT                  PO Box 363228
San Juan, PR 00919-2830                PO BOX 366818                          San Juan, PR 00936-3228
                                       SAN JUAN PR 00936-6818


Centra Federal Credit Union -          Claro                                  Collection Associates
PO Box 349                             PO Box 360998                          PO Box 349
Greensburg, IN 47240-0349              San Juan, PR 00936-0998                Greensburg, IN 47240-0349


Depto De Transportacion Y Obras Publicas   EMPRESAS BERRIOS FINANCIERA        (p)FRONTIER COMMUNICATIONS
PO Box 41269                               PO BOX 674                         BANKRUPTCY DEPT
San Juan, PR 00940-1269                    CIDRA, PR 00739-0674               19 JOHN STREET
                                                                              MIDDLETOWN NY 10940-4918


Midland Credit Management, Inc as agent for   Midland Funding LLC             Operating Partners CO LLC
Midland Funding LLC                           PO Box 60578                    EACI201500785
PO Box 2011                                   Los Angeles, CA 90060-0578      PO Box 194499
Warren, MI 48090-2011                                                         San Juan, PR 00919-4499


Rodriguez Fernandez Law Offices PSC    (p)SPRINT NEXTEL CORRESPONDENCE        T-mobile
Lcdo Osvaldo L Rodriguez Fernandez     ATTN BANKRUPTCY DEPT                   12920 Se 38th Stre
PO Box 71418                           PO BOX 7949                            Bellevue, WA 98006-7305
San Juan, PR 00936-8518                OVERLAND PARK KS 66207-0949


T-mobile                               JOSE RAMON CARRION MORALES             MARIELA DELGADO PEREZ
12920 Se 38th Street                   PO BOX 9023884                         PO BOX 8153
Bellevue, WA 98006-7305                SAN JUAN, PR 00902-3884                CAGUAS, PR 00726-8153


MONSITA LECAROZ ARRIBAS                ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)         PO BOX 186
OCHOA BUILDING                         CAGUAS, PR 00726-0186
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Frontier Communication<br>19 John Street<br>Middletown, NY 10940 | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | End of Label Matrix<br>Mailable recipients 25<br>Bypassed recipients 0<br>Total 25 |